```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06263
    BRENDA J JACKSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-8306


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 03/17/2008 and was not confirmed.

    The case was dismissed without confirmation 05/12/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
HSBC BANK/OCWEN LOAN    NOTICE ONLY   NOT FILED              .00             .00
AVELO MORTGAGE LLC      CURRENT MORTG        .00             .00             .00
AVELO MORTGAGE LLC      SECURED NOT I   29114.36             .00             .00
OCWEN FEDERAL BANK      CURRENT MORTG        .00             .00             .00
OCWEN FEDERAL BANK      SECURED NOT I   36198.44             .00             .00
LITTON LOAN SERVICING   CURRENT MORTG        .00             .00             .00
LITTON LOAN SERVICING   SECURED NOT I   32699.62             .00             .00
DEUTSCHE BANK NATIONAL  CURRENT MORTG        .00             .00             .00
DEUTSCHE BANK NATIONAL  SECURED NOT I    6675.58             .00             .00
PRO SE DEBTOR           DEBTOR ATTY          .00                             .00
TOM VAUGHN              TRUSTEE                                              .00
DEBTOR REFUND           REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------    --------------
TOTALS                       .00                  .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 06263 BRENDA J JACKSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 08/26/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |